IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMBER WINN, LAWANA LUDD, KAHRON COLEMAN, SHIMIRA ROSSER, and SURITA BEDFORD individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:25-CV-02713-WMR |
| OPEN HOUSE GROUP CO., LTD, OPEN HOUSE ATLANTA REALTY & INVESTMENTS LLC, and OPEN HOUSE ATLANTA PROPERTY MANAGEMENT LLC, | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs Amber Winn, Lawana Ludd, Kahron Coleman, Shimira Rosser, and Surita Bedford, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), file this Consent Motion for Leave to File First Amended Complaint and respectfully show as follows:

This lawsuit seeks recovery of unpaid wages for current and former employees who worked for Defendants pursuant to the Fair Labor Standards Act ("FLSA"). The Complaint alleges that Defendants failed to pay Plaintiffs and all

others similarly situated overtime and/or minimum wages in violation of the FLSA. *See* Plaintiffs' Original Complaint, ECF No. 1.

On January 8, 2026, the parties submitted a Joint Preliminary Report and Discovery Plan, in which the parties explained:

> Plaintiffs named Open House Group Co., Ltd. as a defendant in Plaintiffs' Original Complaint. Defendants have stated that Open House Group Co., Ltd. was inappropriately named as a defendant in this matter, and instead, Open House Texas Realty & Investments LLC, is an appropriate entity to be named. Accordingly, the parties agreed to a deadline of February 6, 2026, to amend pleadings.

Joint Preliminary Report and Discovery Plan, ECF No. 31, at p. 6. Accordingly, Plaintiffs seek leave to file their First Amended Complaint, which is attached as Exhibit 1, by the February 6, 2026, deadline. Plaintiffs' First Amended Complaint removes Open House Group Co., Ltd. as a named defendant in this action and adds Open House Texas Realty & Investments LLC as a named defendant in this action.

Under Rule 15 of the Federal Rules of Civil Procedure, parties may amend pleadings "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Plaintiffs' proposed amendment to substitute Open House Texas Realty & Investments LLC, for Defendant Open House Group Co., Ltd., as a named defendant will not be futile, nor will the amendment prejudice Defendants or cause undue delay.

The parties have conferred, and Defendants consent to Plaintiffs' Motion for Leave to File First Amended Complaint.

WHEREFORE, Plaintiffs respectfully request that this Consent Motion be granted, and that the Court enter an Order granting leave for Plaintiffs to file their First Amended Complaint to substitute Open House Texas Realty & Investments LLC, for Defendant Open House Group Co., Ltd., as a named defendant in this matter.

Dated: February 6, 2026

Respectfully submitted,

*/s/ Rhonda H. Wills*
Rhonda H. Wills
(*Pro hac vice*)
Patrick J. Raspino
(*Pro hac vice*)
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 750
Houston, Texas 77056
(713) 528-4455
rwills@willslawfirm.com
praspino@rwillslawfirm.com

Rian E. Banks
Georgia Bar No. 556178
TRIALBANKS CONSULTING
2959 Chapel Hill, Suite D-130
Douglasville, Georgia 30135
rian@triabanks.com

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the within and foregoing document has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

*/s/ Rhonda H. Wills*
Rhonda H. Wills

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that the foregoing document has been electronically filed with the clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this 6th day of February, 2026.

*/s/ Rhonda H. Wills*
Rhonda H. Wills