IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMBER WINN, LAWANA LUDD KAHRON COLEMAN, SHIMIRA ROSSER, and SURITA BEDFORD individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:25-CV-02713-WMR |
| OPEN HOUSE GROUP CO., LTD, OPEN HOUSE ATLANTA REALTY & INVESTMENTS LLC, and OPEN HOUSE ATLANTA PROPERTY MANAGEMENT LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO COMPEL ARBITRATION AND DISMISS WITHOUT PREJUDICE

Having reviewed the Parties' Joint Motion to Compel Arbitration and Dismiss

Without Prejudice, it is hereby:

**ORDERED AND ADJUDGED** that the Parties' Joint Motion to Compel

Arbitration and Dismiss Without Prejudice is GRANTED.

SIGNED this 25th day of March, 2026.

_William M. Ray II_

_____
THE HONORABLE WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1